UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

MARIO REYES,

        Plaintiff,

v.                                                                  Case No. 18-3134

KATHY ASHCRAFT, et al.,

        Defendant.

## REPORT AND RECOMMENDATION

On June 3, 2022, the Court adopted the discovery plan that the parties submitted. That plan directed the parties to provide their Rule 26 initial disclosures by July 8, 2022. Plaintiff Mario Reyes ("Plaintiff") did not provide those disclosures to Defendant Kathy Ashcraft ("Defendant") by July 8, 2022, or any time thereafter. On June 7, 2022, Defendant served Plaintiff with her First Set of Interrogatories and First Request for Production of Documents (#59). Plaintiff's responses to Defendant's discovery demands were due on July 8, 2022. Plaintiff did not provide those responses to Defendant by July 8, 2022, or any time thereafter.

On August 16, 2022, Defendant Filed a Motion to Compel (#66), asking the Court to order Plaintiff to provide her initial disclosures and submit responses to Defendant's discovery demands within 14 days. Plaintiff never filed a response to Defendant's motion. The Court granted Defendant's Motion to Compel on September 1, 2022, ordering Plaintiff to provide her initial disclosures and submit responses to Defendant's discovery demands by September 15, 2022. On October 25, 2022, the Court entered an Order (#69) directing Plaintiff to show cause as to why this matter should not be dismissed for want of prosecution. Plaintiff did not file a response by the November 8, 2022, deadline. To date, Plaintiff has not provided his initial disclosures, submitted responses to Defendant's discovery demands, nor requested additional time to comply with the Court's September 1, 2022 Order.

Rule 41(b) states, "If a plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 28th day of November, 2022.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE